**Joe D. CLARK, Petitioner,**

v.

**OFFICE OF COMPLIANCE, Respondent,**

and

**Office of the Architect of the Capitol, Respondent.**

No. 04–6007.

United States Court of Appeals, Federal Circuit.

Jan. 24, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**In re Christian MAYAUD (Real Party in Interest Cybear, LLC).**

No. 04–1623.

United States Court of Appeals, Federal Circuit.

Jan. 26, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).